UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

| Case No. | SACR 08-0144-DOC | Date | April 22, 2014 |
|---|---|---|---|

Present: The Honorable   David O. Carter, U.S.  District Judge

Interpreter   None

| Julie Barrera | Debbie Gale | Joseph McNally |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) GILMA RUIZ | X | X | | 1) Tanner Harris | X | | X |

**Proceedings:**  HEARING RE: NINTH CIRCUIT COURT'S RULING / FURTHER PROCEEDINGS

SUPPLEMENTAL MOTION TO WITHDRAW PLEA OF GUILTY [161] - **Evidentiary Hearing**


The case is called and counsel make their appearances.   Kenneth Reed is also present with witness Alba Ruiz.  Court appoints Kenneth Reed as CJA counsel to represent Alba Ruiz and appointment is accepted.

Witness Alba Ruiz is sworn to testify and asserted her 5th Amendment Right.  Witness is excused.  Exhibits identified on 4/21/14 are entered.  The Court heard argument and the Motion is DENIED.  Court's findings stated on the record.  Current sentence imposed on September 21, 2012 is to remain.  Defendant returned on writ to the Bureau of Prisons to continue serving prison sentence.

Exhibit List and Witness List are filed.  Status Conference set on June 2, 2014 and Jury Trial set on June 10, 2014 are VACATED.



cc: CJA

| | | |
|---|---|---|
| Hrg | : | .06 |
| Mtn | | .56 |

Initials of Deputy Clerk   jcb