UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff(s),<br><br>   v.<br><br>GILMA RUIZ,<br><br>              Defendant(s). | CASE NO. **SACR 08-0144-DOC**<br><br>**EXHIBIT LIST** |

# UNITED STATES v. GILMA RUIZ
# SACR 08-0144-DOC

## Government's Exhibit List

| No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Declaration in Support of Motion to Withdraw Plea | 4/21/14 | 4/22/14 |
| 2 | Formal Statement signed by Gilma Ruiz | 4/21/14 | 4/22/14 |
| 3 | Note to Immigration Officer (with three letters and Plea Agreement attached) | 4/21/14 | 4/22/14 |
| 4 | Under Seal Plea Agreement | 4/21/14 | 4/22/14 |
| 5 | IRS Criminal Investigation Memorandum of Interview dated 2/24/12 | 4/21/14 | 4/22/14 |
| 6 | Memo from Federal Bureau of Investigation (drafted by Dokter Michelle) | 4/21/14 | 4/22/14 |
| 7 | Facebook Letter sent 1/30/12 | 4/21/14 | 4/22/14 |
| 8 | Declaration of Alba Ruiz dated 3/7/14 | 4/21/14 | 4/22/14 |
| 9 | U. S. Citizenship and Immigration Notice of Decision dated 5/5/10 | 4/21/14 | 4/22/14 |
| 10 | Declaration of Tanner M. Harris | 4/21/14 | 4/22/14 |